**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **RAVCO CONSTRUCTION, INC.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-3272267** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1340 W. Collins** <br> **Orange, CA 92867** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **RAVCO CONSTRUCTION, INC.**                                     Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2362

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **RAVCO CONSTRUCTION, INC.**                                             Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship | _____ |
| District _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **RAVCO CONSTRUCTION, INC.**                                    Case number (*if known*)
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | RAVCO CONSTRUCTION, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  __October 4, 2023__
MM / DD / YYYY

X _____    Derek J. Reinig
Signature of authorized representative of debtor    Printed name

Title    **President/CEO**

| 18. Signature of attorney | X /s/ Kyra E. Andrassy | Date | October 10, 2023 |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

Kyra E. Andrassy
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**    Email address  kandrassy@swelawfirm.com

**207959 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name  **RAVCO CONSTRUCTION, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs, Verification of Master Mailing List of Creditors, Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 4, 2023**              x _Derek Reinig_
                                                    Signature of individual signing on behalf of debtor

                                                    **Derek J. Reinig**
                                                    Printed name

                                                    **President/CEO**
                                                    Position or relationship to debtor

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  1340 W. Collins Orange California.

Date:   **October 4, 2023**

**Derek J. Reinig**
Signature of Debtor 1



Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
|---|
| Debtor name **RAVCO CONSTRUCTION, INC.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................    $ _____ 922,088.67

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................................    $ _____ 922,088.67

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ 1,604,067.25

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                 $ _____ 1,604,067.25

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| **Fill in this information to identify the case:** |
|---|

Debtor name  **RAVCO CONSTRUCTION, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Western Bank** | **Checking** | 3825 | $48,542.99 |
| 3.2. | **Commercial Bank** | **Checking** | 0341 | $40,756.44 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $89,299.43 |
|---|

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes  Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit on existing lease** | $7,995.00 |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **RAVCO CONSTRUCTION, INC.**                    Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                    | $7,995.00 |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **493,405.66**      -        **0.00**      = ....        | $493,405.66 |
                                  face amount                doubtful or uncollectible accounts

11b. Over 90 days old:           **282,847.29**      -        **17,740.71**      =....      | $265,106.58 |
                                  face amount                doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                                    | $758,512.24 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **Office tables, desks, miscellaneous** | **$0.00** | | **$0.00** |

40.   **Office fixtures**

Debtor    **RAVCO CONSTRUCTION, INC.**                                  Case number *(If known)* _____
          Name

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Telephone, computers, printer** _____    $0.00    _____    $0.00

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.    | $0.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1999 Chevy C3500 Flatbed** | $0.00 | | $500.00 |
| 47.2.   **2014 Chevy Silverado** | $0.00 | | $11,000.00 |
| 47.3.   **2011 Isuzu NPR** | $0.00 | | $23,000.00 |
| 47.4.   **1993 Ford F-350 Stakebed** | $0.00 | | $0.00 |
| 47.5.   **1995 GMC Flatbed** | $0.00 | | $1,382.00 |
| 47.6.   **1998 Chevy Flatbed** | $0.00 | | $800.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Jig, jointer, rollaway and tools, miscellaneous**    $0.00    _____    $20,000.00

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Forklift | | $0.00 | | $9,600.00 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** | $66,282.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1340 W. Collins Avenue, Orange, CA 92867** | **Leasehold** | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

Debtor    **RAVCO CONSTRUCTION, INC.**                                    Case number *(If known)* _____
_____
　　Name

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
　　　Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
　　　has been filed)**
　　　**Cross-complaint against De La Casa Services, dba My
　　　Best Partner**                                                                    **Unknown**
　　　_____
　　　**Nature of claim**　　**Breach of Contract**
　　　**Amount requested**　　　　　　　　**$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
　　　every nature, including counterclaims of the debtor and rights to
　　　set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
　　　country club membership

78.    **Total of Part 11.**                                                    **$0.00**

　　　Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

Debtor     **RAVCO CONSTRUCTION, INC.**
       Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,299.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,995.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $758,512.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,282.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $922,088.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $922,088.67 |

**ATTACHMENT TO PART 3,  PARAGRAPH 11 (ACCOUNTS RECEIVABLE)**

9:55 AM

07/31/23

RAVCO CONSTRUCTION, INC.

A/R Aging Summary

As of July 31, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Avant Retail Space Conversion | | | | | | |
| Avant Fire Sprinkler Add | 0.00 | 0.00 | 2,930.00 | 0.00 | 0.00 | 2,930.00 |
| Avant Retail Space Conversion - Ot... | 0.00 | 0.00 | 38,491.00 | 0.00 | 0.00 | 38,491.00 |
| Total Avant Retail Space Conversion | 0.00 | 0.00 | 41,421.00 | 0.00 | 0.00 | 41,421.00 |
| Bunker Hill Pump West | 0.00 | 0.00 | 7,070.70 | 0.00 | 0.00 | 7,070.70 |
| Camino Real Apts | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Dollar General | 0.00 | 0.00 | 0.00 | 51,776.00 | 0.00 | 51,776.00 |
| Essex - Skye at Bunker Hill | 0.00 | 0.00 | 98.10 | 0.00 | 0.00 | 98.10 |
| Goldenwest | 0.00 | 0.00 | 0.00 | 0.00 | 11,609.00 | 11,609.00 |
| Laguna Niguel 2019 | 0.00 | 0.00 | 0.00 | 14,859.00 | 21,050.58 | 35,909.58 |
| LIT Cortez Hill | 0.00 | 0.00 | 0.00 | 152,308.00 | 228,797.00 | 381,105.00 |
| MD | 0.00 | 0.00 | 0.00 | 7,465.00 | 0.00 | 7,465.00 |
| Missions at Chino Hills | 0.00 | 0.00 | 0.00 | 80,451.12 | 0.00 | 80,451.12 |
| Promenade 2022-2023 | 0.00 | 0.00 | 0.00 | 3,891.49 | 0.00 | 3,891.49 |
| Rancho Cuc - Terra Vista 2019 | 0.00 | 0.00 | 0.00 | 21,114.72 | 0.00 | 21,114.72 |
| Ridgecrest 2022 | 0.00 | 0.00 | 0.00 | 112,950.53 | 0.00 | 112,950.53 |
| Valencia 2019 | 0.00 | 0.00 | 0.00 | 0.00 | 3,200.00 | 3,200.00 |
| Various Customers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 48,589.80 | 444,815.86 | 265,106.58 | 758,512.24 |

10:21 AM

07/31/23

**RAVCO CONSTRUCTION, INC.**

**A/R Aging Detail**

As of July 31, 2023

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| Current | | | | | | | | |
| Total Current | | | | | | | | |
| | | | | | | | | |
| 1 - 30 | | | | | | | | |
| Total 1 - 30 | | | | | | | | |
| | | | | | | | | |
| 31 - 60 | | | | | | | | |
| Invoice | 06/13/2023 | 12394-10385 | ravco-xay2ac-co1 | Avant Retail Space Conversion:... | | 06/13/2023 | 48 | 2,930.00 |
| Invoice | 06/14/2023 | 12394-10386 | ravco-1-bh3x | Essex - Skye at Bunker Hill | | 06/14/2023 | 47 | 98.10 |
| Invoice | 06/14/2023 | 12394-10387 | RAVCO-1-XAV1-TI | Avant Retail Space Conversion | | 06/14/2023 | 47 | 38,491.00 |
| Invoice | 06/14/2023 | 12394-10388 | Ravco-5-XBHRG3 | Bunker Hill Pump West | | 06/14/2023 | 47 | 7,070.70 |
| | | | | | | | | |
| Total 31 - 60 | | | | | | | | 48,589.80 |
| | | | | | | | | |
| 61 - 90 | | | | | | | | |
| Invoice | 05/11/2023 | 12394-10361 | Mirror Replacement | LIT Cortez Hill | | 05/11/2023 | 81 | 21,368.00 |
| Invoice | 05/12/2023 | 12394-10362 | Extras | Missions at Chino Hills | | 05/12/2023 | 80 | 9,174.80 |
| Invoice | 05/19/2023 | 12394-10366 | Phase 20 | Missions at Chino Hills | | 05/19/2023 | 73 | 68,920.20 |
| Invoice | 05/19/2023 | 12394-10367 | CO - Phase 20 | Missions at Chino Hills | | 05/19/2023 | 73 | 2,356.12 |
| Invoice | 05/19/2023 | 12394-10368 | Phase 16 | Ridgecrest 2022 | | 05/19/2023 | 73 | 112,950.53 |
| Invoice | 05/19/2023 | 12394-10365 | PH 60 | Rancho Cuc - Terra Vista 2019 | | 05/19/2023 | 73 | 21,114.72 |
| Invoice | 05/25/2023 | 12394-10363 | | MD | | 05/15/2023 | 67 | 7,465.00 |
| Invoice | 05/25/2023 | 12394-10369 | | Dollar General | | 05/25/2023 | 67 | 51,776.00 |
| Invoice | 05/26/2023 | 12394-10371 | | LIT Cortez Hill | | 05/26/2023 | 66 | 792.00 |
| Invoice | 05/26/2023 | 12394-10372 | | LIT Cortez Hill | | 05/26/2023 | 66 | 285.00 |
| Invoice | 05/26/2023 | 12394-10373 | | LIT Cortez Hill | | 05/26/2023 | 66 | 300.00 |
| Invoice | 05/26/2023 | 12394-10374 | | LIT Cortez Hill | | 05/26/2023 | 66 | 275.00 |
| Invoice | 05/30/2023 | 12394-10375 | PH 15 | LIT Cortez Hill | | 05/30/2023 | 62 | 104,890.00 |
| Invoice | 05/30/2023 | 12394-10376 | PH 15 Abatement | LIT Cortez Hill | | 05/30/2023 | 62 | 12,145.00 |
| Invoice | 05/30/2023 | 12394-10377 | PH 15 CO #2 | LIT Cortez Hill | | 05/30/2023 | 62 | 1,300.00 |
| Invoice | 05/30/2023 | 12394-10378 | PH 15 Pony Wall abate... | LIT Cortez Hill | | 05/30/2023 | 62 | 2,160.00 |
| Invoice | 05/30/2023 | 12394-10379 | Lit Drywall Xtras | LIT Cortez Hill | | 05/30/2023 | 62 | 3,693.00 |
| Invoice | 05/30/2023 | 12394-10380 | Lit - Tub & mirror | LIT Cortez Hill | | 05/30/2023 | 62 | 5,100.00 |
| Invoice | 05/31/2023 | 12394-10381 | Cabinet Doors | Promenade 2022-2023 | | 05/31/2023 | 61 | 3,891.49 |
| Invoice | 05/31/2023 | 12394-10389 | | Laguna Niguel 2019 | | 05/31/2023 | 61 | 14,859.00 |
| | | | | | | | | |
| Total 61 - 90 | | | | | | | | 444,815.86 |

10:21 AM

07/31/23

## RAVCO CONSTRUCTION, INC.
### A/R Aging Detail
As of July 31, 2023

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|--------------|
| > 90 | | | | | | | | |
| General Journal | 09/30/2006 | | | Various Customers | | | | 17,740.71 |
| General Journal | 10/01/2006 | | | Various Customers | | | | -17,740.71 |
| Invoice | 03/28/2023 | 12394-10326 | Permits | Goldenwest | | 03/28/2023 | 125 | 11,609.00 |
| Invoice | 04/05/2023 | 12394-10332 | Unit 4204 | Camino Real Apts | | 04/05/2023 | 117 | 450.00 |
| Invoice | 04/05/2023 | 12394-10333 | Unit 51-229 | Valencia 2019 | | 04/05/2023 | 117 | 3,200.00 |
| Invoice | 04/20/2023 | 12394-10341 | Phase 65 | Laguna Niguel 2019 | | 04/20/2023 | 102 | 21,050.58 |
| Invoice | 04/28/2023 | 12394-10346 | PH 14 | LIT Cortez Hill | | 04/28/2023 | 94 | 166,106.00 |
| Invoice | 04/28/2023 | 12394-10347 | PH 14 - CO 1 | LIT Cortez Hill | | 04/28/2023 | 94 | 2,160.00 |
| Invoice | 04/28/2023 | 12394-10348 | PH 14 | LIT Cortez Hill | | 04/28/2023 | 94 | 21,826.00 |
| Invoice | 04/28/2023 | 12394-10349 | Phase 1 | LIT Cortez Hill | | 04/28/2023 | 94 | 9,590.00 |
| Invoice | 04/28/2023 | 12394-10350 | Phase 2 | LIT Cortez Hill | | 04/28/2023 | 94 | 17,061.00 |
| Invoice | 04/28/2023 | 12394-10351 | Phase 3 | LIT Cortez Hill | | 04/28/2023 | 94 | 12,054.00 |
| Total > 90 | | | | | | | | 265,106.58 |
| TOTAL | | | | | | | | 758,512.24 |

**Fill in this information to identify the case:**

Debtor name __**RAVCO CONSTRUCTION, INC.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | **Whirlpool Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**412 N. Peters Road
Knoxville, TN 37922**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2014**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$0.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name __**RAVCO CONSTRUCTION, INC.**__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**AAA Refinishing Corp.**
**2114 Floyd Street**
**Burbank, CA 91504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

**$9,475.00**

---

**3.2** Nonpriority creditor's name and mailing address
**Acudor Products Inc.**
**9 Woodland Road, Unit A**
**Roseland, NJ 07068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,758.33**

---

**3.3** Nonpriority creditor's name and mailing address
**Allied Storage Containers, Inc.**
**PO Box 12684**
**Fresno, CA 93778**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,095.82**

---

**3.4** Nonpriority creditor's name and mailing address
**AMZ Painting & Decorating**
**2160 Barranca Pkwy #1030**
**Irvine, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No  ☐ Yes

**$36,350.00**

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Andy's Glass & Window Co.**
25751 Jefferson Ave
Murrieta, CA 92562-6903

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,593.41**

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Apollo Inspection Service, Inc.**
2409 Faircross Street
Torrance, CA 90505

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$2,375.00**

---

**3.7** | **Nonpriority creditor's name and mailing address**
**ATI Restoration LLC**
PO Box 8318
Pasadena, CA 91109-8318

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$94,925.00**

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Austin Hardwoods & Hardware**
610 N Santiago St
Santa Ana, CA 92701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$16,862.17**

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Brinson Kellys Demotion and Constr.**
6092 San Ysidro Cir
Buena Park, CA 90620

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**
**C Johnson Electric**
2070 Channel Dr
Ventura, CA 93001

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**CalBath**
1920 E Warner Ave, Suite 3-P
Santa Ana, CA 92705

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,853.35**

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,416.80** |
|---|---|---|---|

**Capital Premium Financing Inc.**
**PO Box 660899**
**Dallas, TX 75266-0899**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.00** |
|---|---|---|---|

**Castlerock Envinronmental, Inc.**
**10040 Painter Ave**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Chris Venzlaff Fitness**
**16 Chicory Way**
**Irvine, CA 92612**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,226.25** |
|---|---|---|---|

**Chubb**
**Chubb Lockbox #6907**
**PO Box 8500**
**Philadelphia, PA 19178-6907**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Collins Business Center**
**19762 MacArthur Blvd., Suite 300**
**Irvine, CA 92612**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease of 1340 W. Collins Avenue, Orange, CA__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,192.25** |
|---|---|---|---|

**Coordinated Glass Systems**
**21717 Plummer Street**
**Chatsworth, CA 91311**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**County of Orange**
**Attn: Treasurer-Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702-1438**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,693.34** |
|---|---|---|---|

**Denault Commercial Supply**
**23281 Antonio Parkway**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,057.00** |
|---|---|---|---|

**DMV Renewal**
**PO Box 942897**
**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,345.00** |
|---|---|---|---|

**Elite Maintenance and Cleaning Serv**
**243 Escondido Blvd**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Employment Development Dept.**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Essex Property Trust**
**Attention: Thomas Leach**
**1100 Park Place, Suite 200**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Skye at Bunker Hill Project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,456.68** |
|---|---|---|---|

**Ferguson Enterprises Inc.**
**PO Box 740827**
**Los Angeles, CA 90074-0827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,039.72 |
|---|---|---|---|

**Ganahl Lumber Company**
**PO Box 31**
**Anaheim, CA 92815-0031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,178.79 |
|---|---|---|---|

**General Electric Co.**
**GE Appliance Contract**
**PO Box 743574**
**Los Angeles, CA 90074-3574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**Ground Penetrating Radar Systems In**
**PO Box 932**
**Toledo, OH 43697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $394.37 |
|---|---|---|---|

**Gryphon Moulding**
**7089 Belgrave Ave**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,436.21 |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**PO Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $768.12 |
|---|---|---|---|

**Hirsch Pipe & Supply**
**PO Box 749441**
**Los Angeles, CA 90074-9441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,622.49**

**Home Depot Credit Services**
**Dept 32-2541928945**
**PO Box 78047**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**Interactive Ideas**
**7275 Murdy Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.45**

**J&B Materials**
**PO Box 847609**
**Los Angeles, CA 90084-7609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James M. Reinig**
**The Reinig Living Trust**
**2926 Perla**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Jesse Williams Inc.**
**34645 Judy Lane**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230,750.00**

**KBC Painting**
**PO Box 476**
**Placentia, CA 92871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.20 |
|---|---|---|---|

**KC Cabinet Depot**
**13722 S Normandie Ave**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,825.00 |
|---|---|---|---|

**L.U. Electric, Inc.**
**17762 Mitchell North**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,245.74 |
|---|---|---|---|

**Langosh Construction**
**19906 Sherman Way**
**Winnetka, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,314.98 |
|---|---|---|---|

**Linde Gas & Equipment**
**7000 High Grove Blvd**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,579.20 |
|---|---|---|---|

**Lindsey Doors Inc.**
**81-101 Indio Blvd #D-20**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marc S. Homme, APLC**
**PO Box 4250**
**Palm Desert, CA 92261**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.92 |
|---|---|---|---|

**Meredith Digital**
**PO Box 15105**
**Santa Ana, CA 92735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.36** |
| --- | --- | --- | --- |

**National Construction Rentals**
**PO Box 841461**
**Los Angeles, CA 90084-1461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.40** |
| --- | --- | --- | --- |

**OJ Insulation Industries**
**600 S. Vincent**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,296.00** |
| --- | --- | --- | --- |

**Patriot Environmental Lab Serv**
**1041 South Placential Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,435.21** |
| --- | --- | --- | --- |

**Pinnacle Apartment Supply**
**23671 Via del Rio**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,023.69** |
| --- | --- | --- | --- |

**ProGroup**
**17622 Armstrong Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386,699.50** |
| --- | --- | --- | --- |

**Project GoGo USA**
**1728 Tyler Avenue**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148,468.77** |
| --- | --- | --- | --- |

**R&B Wholesale Distributors Inc.**
**2350 S. Milliken Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,259.10** |
|---|---|---|---|

**Renovations Plus**
**PO Box 404284**
**Atlanta, GA 30384-4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RU DG 258 Bernard Street**
**c/o Colliers International**
**Attn: Lou Ann Horton**
**255 S Orange Ave, Suite 1300**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Project at Dollar General**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,290.00** |
|---|---|---|---|

**S&M General Maintenance**
**18762 Warren Road**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,935.00** |
|---|---|---|---|

**Sample Tile and Stone, Inc.**
**1410 Richardson St**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sares Regis Management Company**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Work Agreements 67003152023, 69401062023,**
**689042123, 69501062023, 60001052022, 69601062023, 73808172022,**
**69301062023, 69801062023, 69101062023, 69001062023, 74501202023**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.03** |
|---|---|---|---|

**SC Fuels**
**PO Box 14014**
**Orange, CA 92863-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,646.88** |
|---|---|---|---|

**Sherwin-Williams Co.**
**Accounts Receivable Dept.**
**28985 Golden Lantern Street**
**Laguna Niguel, CA 92677-1582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **RAVCO CONSTRUCTION, INC.**

Name

Case number *(if known)* _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SRGMF III 9th Street San Diego LLC**
**Sares-Regis Group**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LIT Cortez Hill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**State Board of Equalization**
**Account Information Group, MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.95** |
|---|---|---|---|

**State Farm Insurance Companies**
**PO Box 680001**
**Dallas, TX 75368-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.52** |
|---|---|---|---|

**SunBelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.82** |
|---|---|---|---|

**T-Mobile**
**PO Box 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,881.39** |
|---|---|---|---|

**Tile Elements**
**3320 W MacArthur Blvd**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.93** |
|---|---|---|---|

**United Rentals, Inc.**
**PO Box 051122**
**Los Angeles, CA 90074-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,104.09 |
|---|---|---|---|

**Vista Interior Products, Inc.**
**3334 East Coast Hwy**
**PMB 227**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wall Craft Inc.**
**23922 Conestoga Ave**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $829.02 |
|---|---|---|---|

**Waste Management**
**PO Box 541065**
**Los Angeles, CA 90054-1065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,604,067.25 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,604,067.25 |

**Fill in this information to identify the case:**

Debtor name    **RAVCO CONSTRUCTION, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Work Agreement dated 01/05/2022 - Agreement No. 60001052022**<br><br>**CLPF-Remington at Ladera LP**<br>**c/o Sares Regis Management Company**<br>**Attn. Bobby Vargas**<br>**3501 Jamboree Road, Suite 3000**<br>**Newport Beach, CA 92660** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of business premises at 1340 W Collins Avenue, Orange, CA April 30, 2025**<br><br>**Collins Business Center LLC**<br>**19762 MacArthur Blvd, Suite 300**<br>**Irvine, CA 92612** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Agreement dated 08/10/2020 - Skye at Bunker Hill,**<br><br>**Essex Property Trust**<br>**Attn:  Thomas Leach**<br>**1100 Park Place, Suite 200**<br>**San Mateo, CA 94403** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Avant commercial property**<br><br>**Essex Property Trust, Inc.**<br>**1100 Park Place, Suite 200**<br>**San Mateo, CA 94403** |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 4

Debtor 1  **RAVCO CONSTRUCTION, INC.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.  State what the contract or lease is for and the nature of the debtor's interest

**Work Agreement dated 03/15/2023 - Agreement No. 67003152023**

State the term remaining

List the contract number of any government contract

**FG Goldenwest Senior Apartments LP
c/o Sares Regis Management Company
Attn:  Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660**

2.6.  State what the contract or lease is for and the nature of the debtor's interest

**Work Agreement dated 01/06/2023 - Agreement No. 69401062023**

State the term remaining

List the contract number of any government contract

**FG Laguna Niguel Senior Apartments
c/o Sares Regis Management Company
Attn:  Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660**

2.7.  State what the contract or lease is for and the nature of the debtor's interest

**Work Agreement dated 01/06/2023 - Agreement No. 69001062023**

State the term remaining

List the contract number of any government contract

**FG Pasadena Senior Apartments LP
c/o Sares Regis Management Company
Attn:  Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660**

2.8.  State what the contract or lease is for and the nature of the debtor's interest

**Work Agreement dated 01/06/2023 - Agreement No. 69801062023**

State the term remaining

List the contract number of any government contract

**FG Rancho Cucamonga Senior Apts
c/o Sares Regis Management Company
Attn:  Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660**

2.9.  State what the contract or lease is for and the nature of the debtor's interest

**Work Agreement dated 01/06/2023 - Agreement No. 69101062023**

State the term remaining

List the contract number of any government contract

**FG Rancho Santa Margarita Sr. Apts
c/o Sares Regis Management Company
Attn.  Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660**

Debtor 1   **RAVCO CONSTRUCTION, INC.**                           Case number (*if known*) _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Work Agreement dated 01/06/2023 - Agreement No. 69301062023**

**FG Seacliff Senior Apartments LP**
**c/o Sares Regis Management Company**
**Attn:  Doug Gardner**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

---

**2.11.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Work Agreement dated 01/06/2023 - Agreement No. 69501062023**

**FG Temecula Senior Apartments LP**
**c/o Sares Regis Management Company**
**Attn:  Doug Gardner**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

---

**2.12.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Work Agreement dated 01/06/2023 - Agreement No. 69601062023**

**FG Valencia Senior Apartments LP**
**c/o Sares Regis Management Company**
**Attn:  Doug Gardner**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

---

**2.13.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Work Agreement dated 04/21/2023 - Agreement No. 689042123**

**Jacaranda Holdco, LLC**
**c/o Sares Regis Management Company**
**Janet Griffith/Taneatha Duncan**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

---

**2.14.**　State what the contract or lease is for and the nature of the debtor's interest

　　　　State the term remaining

　　　　List the contract number of any government contract

**Construction Services Agreement dated 12/29/2021**

**12 months**

**LIT Cortez Hill**
**c/o Sares-Regis Group**
**Attn. Judy Lam and Karen Thomsen**
**3501 Jamboree Road, Suite 3000**
**Newport Beach, CA 92660**

---

Debtor 1    **RAVCO CONSTRUCTION, INC.**                                              Case number *(if known)* _____

      First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 05/08/2023** |
| | State the term remaining | |
| | List the contract number of any government contract | **RU DG 258 Bernard Street**<br>**c/o Colliers International**<br>**255 S. Orange Ave, Suite 1300**<br>**Orlando, FL 32801** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Work Agreement dated 01/20/2023 - Agreement No. 74501202023** |
| | State the term remaining | **4 months** |
| | List the contract number of any government contract | **TA Angelica Apartments LP**<br>**c/o Sares Regis Management Company**<br>**Attn. Bobby Vargas**<br>**3501 Jamboree Road, Suite 3000**<br>**Newport Beach, CA 92660** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Work Agreement dated 08/17/2022 - Agreement No. 73808172022** |
| | State the term remaining | |
| | List the contract number of any government contract | **TA Fund XIII Camino Real LP**<br>**c/o Sares Regis Management Company**<br>**Attn:  Doug Gardner**<br>**3501 Jamboree Road, Suite 3000**<br>**Newport Beach, CA 92660** |

**Fill in this information to identify the case:**

Debtor name    **RAVCO CONSTRUCTION, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Derek J. Reinig** | **1340 W. Collins**<br>**Orange, CA 92867** | **Collins Business Center** | ☐ D _____<br>■ E/F   **3.16** _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**RAVCO CONSTRUCTION, INC.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **10/01/2022** to **9/30/2023** | ■ Operating a business<br>☐ Other _____ | **$4,933,558.94** |
   | **For year before that:**<br>From **10/01/2021** to **9/30/2022** | ■ Operating a business<br>☐ Other _____ | **$12,060,542.20** |
   | **For the fiscal year:**<br>From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other _____ | **$14,814,851.37** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **RAVCO CONSTRUCTION, INC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **American Express** | 08/22/23<br>08/31/23<br>07/10/23<br>09/--/23 | $11,351.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Mohela** | 07/19/2023 | $9,500.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Collins Business Center** | 09/--/2023 | $10,816.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **James Reinig**<br><br>**Father of Derek Reinig** | **Vehicles transferred as part of a buyout agreement** | $38,000.00 | **2016 Chevy Silverado**<br>**2018 Mercedes C300**<br>**2022 Forest Rim Trailer** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **RAVCO CONSTRUCTION, INC.**

Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | De La Casa Services, Inc. v. Ravco Construction, Inc.<br>37-2022000037350-CU-CL-CTL | Civil - Demand for Money pending before JAMS | Orange County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | The Sherwin-Williams Company v. Ravco Construction<br>30-2023-01340736-CL-BC-CJC | Breach of Contract | Orange County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Truth in Love Fellowship** | **Cash** | **08/15/2022, 09/15/2022, 10/15/2022, 11/15/2022, 12/15/2022, 01/15/2023, 02/15/2023, 03/15/2023, 04/15/2023, 05/15/2023, 06/15/2023, 07/15/2023, 08/15/2023** | **$21,500.00** |
| | **Recipients relationship to debtor**<br>**In-laws Ministry** | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

Debtor   **RAVCO CONSTRUCTION, INC.** _____   Case number *(if known)* _____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Smiley Wang-Ekvall, LLP** **3200 Park Center Drive** **Suite 250** **Costa Mesa, CA 92626** | **(Includes filing fee)** | 07/26/2023 - $20,000 08/11/2023 - $ 338 | $20,338.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **RAVCO CONSTRUCTION, INC.** _____    Case number *(if known)* _____

---

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ☑ Yes. Fill in below:

  | Name of plan | Employer identification number of the plan |
  | --- | --- |
  | **Ravco Construction Inc. 401(k) Plan** | EIN: **P11960** |

  Has the plan been terminated?
  ☑ No
  ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **RAVCO CONSTRUCTION, INC.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Toan Nguyen** | **04/2010-05/2023** |
| 26a.2.    **Lisa Madsen** | **05/2013-06/2023** |
| 26a.3.    **Pam Wine** | **05/2023-06/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Wright Ford & Young** | **08/2019-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Derek J. Reinig**<br>**1340 W. Collins Ave**<br>**Orange, CA 92867** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derek J. Reinig** | **1340 W. Collins Ave**<br>**Orange, CA 92867** | **Chief Executive Officer, Secretary, Chief Financial Officer** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **RAVCO CONSTRUCTION, INC.** | Case number *(if known)* | |

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James M. Reinig** | **$140,000.00** | **07/2022 - 07/2023** | **Buyout payments re sale of company/services provided** |
| | Relationship to debtor **Father of Derek Reinig** | | | |
| 30.2. | **Derek J Reinig** | **$225,000.10** | **07/2022-07/2023** | **Salary from July 2022 to July 2023** |
| | Relationship to debtor **Owner/Sole Shareholder** | | | |
| 30.3. | **James M. Reinig** | **$3,126.00** | **February/March 2023** | **Auto insurance payments on vehicles transferred from the Debtor** |
| | Relationship to debtor **Father of Derek Reinig** | | | |
| 30.4. | **James M. Reinig** | **$2,000.00** | **March-September 2023** | **Payments to Amex on J. Reinig's behalf** |
| | Relationship to debtor **Father of Derek Reinig** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **RAVCO CONSTRUCTION, INC.**                                    Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 4, 2023**

_____                    **Derek J. Reinig**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President/CEO**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **RAVCO CONSTRUCTION, INC.**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____**20,000.00**

    Prior to the filing of this statement I have received _____    $ _____**20,000.00**

    Balance Due _____    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 10, 2023**
_____    **/s/ Kyra E. Andrassy**
_____
*Date*                        **Kyra E. Andrassy**
                              *Signature of Attorney*
                              **SMILEY WANG-EKVALL, LLP**
                              **3200 Park Center Drive, Suite 250**
                              **Costa Mesa, CA 92626**
                              **(714) 445-1000   Fax: (714) 445-1002**
                              **kandrassy@swelawfirm.com**
                              _____
                              *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kyra E. Andrassy**<br>**3200 Park Center Drive, Suite 250**<br>**Costa Mesa, CA 92626**<br>**(714) 445-1000 Fax: (714) 445-1002**<br>California State Bar Number: **207959 CA**<br>kandrassy@swelawfirm.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**RAVCO CONSTRUCTION, INC.**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **October  4, 2023**

_____

Signature of Debtor 1

Date: _____

_____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

RAVCO CONSTRUCTION, INC.
1340 W. Collins
Orange, CA 92867


Kyra E. Andrassy
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


AAA Refinishing Corp.
2114 Floyd Street
Burbank, CA 91504


Acudor Products Inc.
9 Woodland Road, Unit A
Roseland, NJ 07068


Allied Storage Containers, Inc.
PO Box 12684
Fresno, CA 93778


AMZ Painting & Decorating
2160 Barranca Pkwy #1030
Irvine, CA 92606


Andy's Glass & Window Co.
25751 Jefferson Ave
Murrieta, CA 92562-6903


Apollo Inspection Service, Inc.
2409 Faircross Street
Torrance, CA 90505

ATI Restoration LLC
PO Box 8318
Pasadena, CA 91109-8318


Austin Hardwoods & Hardware
610 N Santiago St
Santa Ana, CA 92701


Brinson Kellys Demotion and Constr.
6092 San Ysidro Cir
Buena Park, CA 90620


C Johnson Electric
2070 Channel Dr
Ventura, CA 93001


CalBath
1920 E Warner Ave, Suite 3-P
Santa Ana, CA 92705


Capital Premium Financing Inc.
PO Box 660899
Dallas, TX 75266-0899


Castlerock Envinronmental, Inc.
10040 Painter Ave
Santa Fe Springs, CA 90670


Chris Venzlaff Fitness
16 Chicory Way
Irvine, CA 92612

Chubb
Chubb Lockbox #6907
PO Box 8500
Philadelphia, PA 19178-6907


CLPF-Remington at Ladera LP
c/o Sares Regis Management Company
Attn. Bobby Vargas
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


Collins Business Center
19762 MacArthur Blvd., Suite 300
Irvine, CA 92612


Collins Business Center LLC
19762 MacArthur Blvd, Suite 300
Irvine, CA 92612


Coordinated Glass Systems
21717 Plummer Street
Chatsworth, CA 91311


County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


Denault Commercial Supply
23281 Antonio Parkway
Rancho Santa Margarita, CA 92688


Derek J. Reinig
1340 W. Collins
Orange, CA 92867

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

Elite Maintenance and Cleaning Serv
243 Escondido Blvd
Escondido, CA 92025

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Essex Property Trust
Attention: Thomas Leach
1100 Park Place, Suite 200
San Mateo, CA 94403

Essex Property Trust
Attn: Thomas Leach
1100 Park Place, Suite 200
San Mateo, CA 94403

Essex Property Trust, Inc.
1100 Park Place, Suite 200
San Mateo, CA 94403

Ferguson Enterprises Inc.
PO Box 740827
Los Angeles, CA 90074-0827

FG Goldenwest Senior Apartments LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660

FG Laguna Niguel Senior Apartments
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Pasadena Senior Apartments LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Rancho Cucamonga Senior Apts
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Rancho Santa Margarita Sr. Apts
c/o Sares Regis Management Company
Attn. Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Seacliff Senior Apartments LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Temecula Senior Apartments LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


FG Valencia Senior Apartments LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Ganahl Lumber Company
PO Box 31
Anaheim, CA 92815-0031


General Electric Co.
GE Appliance Contract
PO Box 743574
Los Angeles, CA 90074-3574


Ground Penetrating Radar Systems In
PO Box 932
Toledo, OH 43697


Gryphon Moulding
7089 Belgrave Ave
Garden Grove, CA 92841


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058


Hirsch Pipe & Supply
PO Box 749441
Los Angeles, CA 90074-9441


Home Depot Credit Services
Dept 32-2541928945
PO Box 78047
Phoenix, AZ 85062

Interactive Ideas
7275 Murdy Circle
Huntington Beach, CA 92647


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J&B Materials
PO Box 847609
Los Angeles, CA 90084-7609


Jacaranda Holdco, LLC
c/o Sares Regis Management Company
Janet Griffith/Taneatha Duncan
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


James M. Reinig
The Reinig Living Trust
2926 Perla
Newport Beach, CA 92660


Jesse Williams Inc.
34645 Judy Lane
Cathedral City, CA 92234


KBC Painting
PO Box 476
Placentia, CA 92871


KC Cabinet Depot
13722 S Normandie Ave
Gardena, CA 90249

L.U. Electric, Inc.
17762 Mitchell North
Irvine, CA 92614


Langosh Construction
19906 Sherman Way
Winnetka, CA 91306


Linde Gas & Equipment
7000 High Grove Blvd
Burr Ridge, IL 60527


Lindsey Doors Inc.
81-101 Indio Blvd #D-20
Indio, CA 92201


LIT Cortez Hill
c/o Sares-Regis Group
Attn. Judy Lam and Karen Thomsen
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


Marc S. Homme, APLC
PO Box 4250
Palm Desert, CA 92261


Meredith Digital
PO Box 15105
Santa Ana, CA 92735


National Construction Rentals
PO Box 841461
Los Angeles, CA 90084-1461

OJ Insulation Industries
600 S. Vincent
Azusa, CA 91702


Patriot Environmental Lab Serv
1041 South Placential Ave
Fullerton, CA 92831


Pinnacle Apartment Supply
23671 Via del Rio
Yorba Linda, CA 92887


ProGroup
17622 Armstrong Ave
Irvine, CA 92614


Project GoGo USA
1728 Tyler Avenue
South El Monte, CA 91733


R&B Wholesale Distributors Inc.
2350 S. Milliken Ave
Ontario, CA 91761


Renovations Plus
PO Box 404284
Atlanta, GA 30384-4284


RU DG 258 Bernard Street
c/o Colliers International
Attn: Lou Ann Horton
255 S Orange Ave, Suite 1300
Orlando, FL 32801

RU DG 258 Bernard Street
c/o Colliers International
255 S. Orange Ave, Suite 1300
Orlando, FL 32801


S&M General Maintenance
18762 Warren Road
Riverside, CA 92508


Sample Tile and Stone, Inc.
1410 Richardson St
San Bernardino, CA 92408


Sares Regis Management Company
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


SC Fuels
PO Box 14014
Orange, CA 92863-1401


Sherwin-Williams Co.
Accounts Receivable Dept.
28985 Golden Lantern Street
Laguna Niguel, CA 92677-1582


SRGMF III 9th Street San Diego LLC
Sares-Regis Group
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

State Farm Insurance Companies
PO Box 680001
Dallas, TX 75368-0001


SunBelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


TA Angelica Apartments LP
c/o Sares Regis Management Company
Attn. Bobby Vargas
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


TA Fund XIII Camino Real LP
c/o Sares Regis Management Company
Attn: Doug Gardner
3501 Jamboree Road, Suite 3000
Newport Beach, CA 92660


Tile Elements
3320 W MacArthur Blvd
Santa Ana, CA 92704


United Rentals, Inc.
PO Box 051122
Los Angeles, CA 90074-1122


Vista Interior Products, Inc.
3334 East Coast Hwy
PMB 227
Corona Del Mar, CA 92625

Wall Craft Inc.
23922 Conestoga Ave
Murrieta, CA 92562


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Whirlpool Corporation
412 N. Peters Road
Knoxville, TN 37922

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Kyra E. Andrassy**
**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
**(714) 445-1000 Fax: (714) 445-1002**
California State Bar Number: **207959 CA**
kandrassy@swelawfirm.com

FOR COURT USE ONLY

☐ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**RAVCO CONSTRUCTION, INC.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **7**

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Derek  Reinig** _____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

     ☑ I am the president or other officer or an authorized agent of the Debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

     *[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date  10/4/23

By: _____
Signature of Debtor, or attorney for Debtor

Name: **Derek Reinig**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court
### Central District of California

In re **RAVCO CONSTRUCTION, INC.** _____  Case No. _____

_____ Debtor(s)   Chapter    **7**  _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Derek Reinig**, declare under penalty of perjury that I am the **President/CEO** of **RAVCO CONSTRUCTION, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __4th__ day of October, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Derek Reinig, President/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Derek Reinig, President/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Derek Reinig, President/CEO** of this Corporation is authorized and directed to employ **Kyra E. Andrassy**, attorney and the law firm of **SMILEY WANG-EKVALL, LLP** to represent the corporation in such bankruptcy case."

Date  **10/4/23** _____   Signed _____

**Derek Reinig**